IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| | * | |
| *Appellee,* | * | |
| | * | No.   22-4477 |
| v. | * | |
| | * | |
| **ALEXANDER** | * | |
| **JUAREZ-SANCHEZ** | * | |
| | * | |
| *Appellant* | * | |
| | * | |

**MOTION TO WITHDRAW**

Alfred Guillaume III, Law Offices of Alfred Guillaume III, LLC, respectfully requests that this Court allow counsel to withdraw. In support of this Motion, counsel states as follows:

1. On May 21, 2024, this Court issued an unpublished *per curiam* opinion affirming the district court's decision.

2. On May 22, 2024, counsel wrote to Appellant informing him of his right to file for Certiorari in the United States Supreme Court. Counsel additionally informed him that in his opinion there were no non-frivolous issues to be raised before the Supreme Court. Lastly, counsel notified him of his intent to withdraw and informed him that he had seven (7) calendar days to respond, should he choose to do so.

3. On June 4, 2024, undersigned counsel *served a* copy of the Certiorari

Status Form on the defendant. Counsel *filed* the Certiorari Status Form on June 10, 2024.

4. In the opinion of counsel, and in accordance with Local Rule 46(d), a certiorari petition would be frivolous.

5. In light of the foregoing, and the fact that counsel believes that there are no non-frivolous issues, counsel respectfully requests that this Honorable Court allow him to withdraw.

WHEREFORE, counsel requests that he be permitted to withdraw as counsel for Mr. Alejandro Juarez-Sanchez

Respectfully Submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln., Suite 700
Greenbelt, MD 20770
301-377-2158

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 10, 2024, a copy of the foregoing was served on the parties via ECF and mailed to Mr. Juarez-Sanchez with proper postage affixed.

*Alfred Guillaume*
_____

Alfred Guillaume III